BRIAN A. VOGEL (SBN 167413)
EMAIL: brian@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
Fax: (805) 654-0326

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WAYNE SCOLES, | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 09-6953 PA (RCx) |
| v. | |
| THE CITY OF SANTA BARBARA, et al. | SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |
| Defendant(s). | |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the
☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☒ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 4/1/2010

Brian A. Vogel, Esq.
Attorney for Plaintiff

Dated: 4/2/2010

Bruce D. Praet, Esq.
Attorney for Defendants

Dated: 4/2/2010

Tom Shapiro, Esq.
Attorney for Defendants

NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request. If additional signatures are required, attach an additional page to this request.

ADR-01 (03/07)          SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE