BRIAN A. VOGEL (SBN 167413)
EMAIL: brian@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
Fax: (805) 654-0326

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| WAYNE SCOLES, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV09-6953 PA (RCx) |
| v. | |
| THE CITY OF SANTA BARBARA, et al. | ADR PILOT PROGRAM QUESTIONNAIRE |
| Defendant(s). | |

(1) What, if any, discovery do the parties believe is essential in order to adequately prepare for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement in this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

The parties believe that the exchange of some written discovery including interrogatories, requests for admission and requests for identification and production of documents will be required before the depositions of the parties. Both sides have exchanged written discovery pursuant to Rule 26 but additional written discovery is pending. It is anticipated that depositions will commence in early June and will be completed by September 2010. Plaintiff anticipates the need to depose all named defendants and several witnesses to the events at issue. Defendants anticipate the need to depose Plaintiff and several witnesses to the events at issue and any other witnesses relating to Plaintiff's claimed damages.

(2) What are the damage amounts being claimed by each Plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expended (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

Plaintiff suffered significant noneconomic damages to his reputation and suffered fear, embarassment,

anxiety and humiliation as a result of his arrest, detention and trial. Punitve damages may be sought. Plaintiff incurred costs and attorney's fees totalling approximately $30,000 in defending himself at trial. Plaintiff was also unable to bid on a fairly lucrative government pipefitting contract due the pendency of the criminal proceedings against him. The exact amount of the potential lost profit is unknown at this time.

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

   Yes ☐        No ☒

(4) If this case is in the category of civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

   ☐ Title VII                              ☐ Age Discrimination

   ☒ 42 U.S.C. §1983                        ☐ California Fair Employment and Housing Act

   ☐ Americans with Disabilities Act of 1990   ☐ Rehabilitation Act

   ☐ Other

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

_4/1/2010_                              _____
Date                                     Brian A. Vogel, Esq.
                                         Attorney for Plaintiff (Signature)

_4/2/2010_                              _____
Date                                     Bruce D. Praet, Esq.
                                         Attorney for Defendants (Signature)

_4/2/2010_                              _____
Date                                     Tom Shapiro, Esq.
                                         Attorney for Defendants (Signature)