JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SCOLES, | CV 09-6953 PA (RCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF SANTA BARBARA, et al., | |
| Defendants. | |

Pursuant to the Court's Minute Order of October 4, 2010 granting the defendants' Motion for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants City of Santa Barbara, Santa Barbara Police Department, and Police Chief Camerino Sanchez (collectively "Defendants") shall have judgment in their favor against plaintiff Wayne Scoles ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: October 4, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE